IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


JESSIE TERRELL RADFORD                                              PLAINTIFF


v.                          Civil No. 1:23-cv-01081-SOH-BAB


OFFICER LEROY MARTEN;
OFFICER JERRY MANESS; and
MS. ROSE                                                          DEFENDANTS


**CONSOLIDATION ORDER**

After screening pursuant to 28 U.S.C. § 1915A, the Court determines this case and *Radford*

*v. Vann, et al.,* Civil No. 1:23-cv-01083-SOH-BAB should be consolidated.   The claims in both

cases arose while Plaintiff was incarcerated in the Columbia County Detention Center ("CCDC")

in 2023 and center around the same allegations of excessive force, conditions of confinement, and

a fire in the CCDC on June 19, 2023.   Case number 1:23-cv-01083-SOH-BAB does name one

additional defendant, however, the claims against said defendant also relates to the fire on June

19, 2023.   Judicial economy favors consolidation.

These cases are hereby consolidated for all matters at issue in the case pursuant to Rule

42(a)(2) of the Federal Rules of Civil Procedure.   *Radford v. Marten, et al.,* Civil No. 1:23-cv-

01081 shall be the lead case.   All future pleadings will be filed in the lead case but shall contain

the case numbers for both cases.

A copy of this Order shall be filed in both cases.

IT IS SO ORDERED this 27th day of September 2023.

/s/ Barry A. Bryant

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE