IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JESSIE TERRELL RADFORD                                                                                PLAINTIFF

v.                                          Civil No. 1:23-cv-1081

CIRCUIT JUDGE DAVID TALLEY;
OFFICER LEROY MARTEN;
OFFICER JERRY MANESS; MRS. ROSE;
JOHN DOE EMT; and JOHN DOE ERT[1]                                                       DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 27, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Judge Bryant recommends that certain claims in this case be dismissed and that other claims proceed for further litigation. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 10) *in toto*.

Accordingly, the Court finds that Plaintiff's individual capacity and official capacity claims related to his criminal conviction, sentence, and incarceration are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a clam upon which relief may be granted. The Court further finds that Plaintiff's individual claims and official capacity claims against Judge Talley are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(2) because Judge Talley is immune from suit.

---

[1] Based on Plaintiff's allegations in Claim Four of the Complaint (ECF No. 1), the Clerk is directed to add John Doe EMT and John Doe ERT as Defendants in this case.

The Court finds that the following claims shall proceed for further litigation: (1) Claim One for excessive force against Defendant Rose in both her individual and official capacities; (2) Claim Three related to cruel and unusual punishment regarding the diet and recreation at the Columbia County Detention Center, conditions of confinement, equal protection, and due process against Officer Jerry Maness in his individual and official capacities; and (3) Claim Four related to events on June 19, 2023 against Officer Leroy Marten, Officer Jerry Maness, John Doe EMT, and John Doe ERT in their individual and official capacities.

**IT IS SO ORDERED**, this 24th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge